SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Richard H. Ruff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>   vs.<br><br>Richard H. Ruff,<br><br>      Defendant.<br>_____ | Case No. **2:12-cv-01019-GEB-CKD**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL JUNE 29, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Richard H. Ruff, stipulate as follows:

   1. No extension of time has been previously obtained.

STIPULATION RE: EXTENSION OF TIME - 1

2. Defendant is granted an extension until June 29, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendant's response will be due no later than June 29, 2012.

IT IS SO STIPULATED effective as of June 7, 2012.

Dated: June 7, 2012          /s/ Cris C. Vaughan
                             Cris C. Vaughan,
                             Attorney for Defendant,
                             Carapanos Properties,
                             LLC


Dated: June 7, 2012          /s/ Scott N. Johnson
                             Scott N. Johnson,
                             Attorney for Plaintiff


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

**Date: 6/8/2012**

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge

STIPULATION RE: EXTENSION OF TIME - 2