IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                 ) 2:12-cv-01019-GEB-CKD
        Plaintiff, )
                 )
    v. )  ORDER RE: SETTLEMENT AND
                 ) <u>DISPOSITION</u>
Richard H. Ruff,  )
                 )
        Defendant. )
_____ )

        Plaintiff filed a "Notice of Settlement" on July 2, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 9.)

        Therefore, a dispositional document shall be filed no later than July 23, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing at 9:00 a.m. on August 6, 2012, will remain on calendar in the event no

1

dispositional document is filed, or if this action is not otherwise dismissed.[1]

IT IS SO ORDERED.

Dated: July 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2