IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )     2:12-cv-01019-GEB-CKD
            Plaintiff,               )
                                     )
       v.                            )     ORDER OF DISMISSAL
                                     )
Richard H. Ruff,                     )
                                     )
            Defendant.               )
_____    )

        Plaintiff filed a Notice of Settlement on July 2, 2012, in which he stated, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 9.) Therefore, an "Order Re Settlement and Disposition" was filed on July 5, 2012, which directed the parties to file a dispositional document no later than July 23, 2012. (ECF No. 10.) The July 5, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

        Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  July 24, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28